Kathryn Tassinari
Robert Baron
HARDER, WELLS, BARON & MANNING, P.C.
474 Willamette Street
Eugene, OR 97401
(541) 686-1969
kathrynt50@comcast.net
Of Attorneys for the Plaintiff

FILED '07 NOV 05 16:43 USDC-ORP

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| SANDRA GREEN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 06-6307-BR |
| vs. | ) | |
| | ) | ORDER FOR PAYMENT OF |
| MICHAEL J. ASTRUE, | ) | ATTORNEY FEES AND COSTS |
| Commissioner, Social Security | ) | PURSUANT TO EAJA AND 28 U.S.C. §1920 |
| Administration , | ) | |
| | ) | |
| Defendant. | ) | |

After considering the stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney fees in the amount of $3,320.24 and costs in the amount of $175.00,

IT IS HEREBY ORDERED that plaintiff's motion is granted in the total sum of $3,495.24 as full settlement of any and all claims for attorney fees pursuant to EAJA, 28 U.S.C. §2412, and costs pursuant to 28 U.S.C. §1920. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this _5th_ day of _November_, 2007.

_____
U.S. District Judge

PRESENTED BY:

By: _s/ Kathryn Tassinari_____
    Kathryn Tassinari, OSB #80115
    Harder, Wells, Baron & Manning, P.C.
    Of Attorneys for Plaintiff

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, EXPENSES & COSTS